AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                    **CRIMINAL COMPLAINT**

**LIEUTENANT QUARLES HARRIS, JR.**
**DOB:** x/x/xx
**PDID:** xxx-xxx

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>March 25, 2008</u> in the District of <u>COLUMBIA</u> defendant(s) did, (Track Statutory Language of Offense)

knowingly and with intent to defraud, possessed more than fifteen unauthorized credit cards which are unauthorized access devices, said activity affecting interstate or foreign commerce in that the credit cards were issued, owned, managed or controlled by a financial institution, account issuer, credit card system member or other entity within the jurisdiction of the United States.

in violation of Title \_\_\_\_**18**\_\_\_\_ United States Code, Section(s) \_\_\_\_**1029(a)(3)**\_\_\_\_.

I further state that I am \_\_\_\_**OFFICER WILLIAM A. SMITH, JR.**\_\_\_\_, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**     ☒ Yes   ☐ No

_____
Signature of Complainant
**OFFICER WILLIAM A. SMITH, JR.**
**SIXTH DISTRICT - MPD**

Sworn to before me and subscribed in my presence,

_____ at   **Washington, D.C.**_____
Date                                                                City and State

_____      _____
Name & Title of Judicial Officer                            Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Metropolitan Police Officer William Smith #2548, having been duly sworn on oath deposed and said as follows:

1. My name is William Smith. I am a sworn officer with the Metropolitan Police Department, Washington, D.C. ("MPD"). I have been a sworn Officer with MPD for approximately 2-1/2 years. Prior to that, I was a sworn Officer with the Indiana County, Pennsylvania, Sheriff's Department for approximately 8-1/2 years. My current assignment is with the Sixth District Tactical Unit. This Affidavit is intended to set for some, but not all, of the facts known to me in relation to this matter and is offered for the limited purpose of establishing the existence of probable cause in this matter. The information provided is from my own observations and from the information made known to me by other law enforcement personnel.

2. On March 25, 2008, approximately 9:30 pm, I was on routine patrol in a multi-officer vehicle on Southern Avenue , S.E., in Washington, D.C., when I observed a motor vehicle approaching me from the opposite direction on Southern Avenue that had tinted windows that appeared to be in violation of the District of Columbia Tinted Window Act of 1994. I am certified in the operation of the Window Tint testing device. I have analyzed many windows to determine whether a violation of the Tinted Window Act had occurred.

3. As a result, we stopped the vehicle and identified Leiutenant Quarles Harris, Jr., also known as Lieutenant Quarles Harris, Jr. ("Mr. Harris") as the operator of the vehicle. When Mr. Harris rolled down the driver's side window of the vehicle, the odor of marijuana emanated from the inside of the vehicle. Mr. Harris was asked if he would mind if the law enforcement officers searched his vehicle. He agreed his vehicle could be searched. As Mr. Harris stepped out of the vehicle, a law enforcement officer noticed a large clear ziplock bag sticking out of Mr. Harris's jacket pocket. The clear ziplock bag was observed, while still in Mr. Harris's pocket, to contain several smaller clear ziplock bags that appeared to contain green colored weed-like substances. The larger ziplock bag was found to contain 13 smaller ziplock bags, each containing green weedlike substances. A portion of the green weedlike substance was field tested and found to be positive for THC, the active ingredient in marijuana. As a result, Mr. Harris was placed under arrest for Possession With Intent to Distribute Marijuana.

4. In a search of Mr. Harris's person incident to his arrest, a total of twenty-one (21) credit cards, issued by financial institutions, were located, variously on his person and in his vehicle. Two of those credit cards were duplicates. Hence, there were nineteen (19) different credit cards. None of the names on the credit cards were that of Mr. Harris (nor the female passenger in the vehicle). Further, a total of eight (8) United States Department of State Passport Application printouts were discovered on Mr. Harris and in his vehicle. None of these documents were in the name of Mr. Harris (or his female passenger). Four of the names on the Passport Applications matched the names on four of the credit cards.

5. An immediate check with the American Express Company, on March 25, 2008, while Mr. Harris was still on the scene of the traffic stop, indicated that some of the American Express credit cards in Mr. Harris possession (but not in his name) had recently been used and that American Express had placed a "Fraud Alert" on the cards.

6. Mr. Harris was transported to the Sixth District, where he was questioned by Agents of the U.S. Secret Service, U.S. Department of State, and the U.S. Postal Service. Mr. Harris admitted he obtained the Passport information from a co-conspirator who works for the U.S. Department of State, that applications are then submitted to credit card companies, using the names and identifying information of the persons listed on the Passport Applications, and that another co-conspirator, who works for the U.S. Postal Service, intercepts the credit cards that are issued before they are delivered to the residences of the persons named on the credit card accounts.

7. Mr. Harris was not authorized to possess the nineteen (19) credit cards referenced above.

8. Your Affiant believes, and therefore avers, that probable cause exists that Mr. Harris has committed the crime of Fraud and Related Activity in Connection With Access Devices, in violation of 18 U.S.C. Section 1029(a).

_____
OFFICER WILLIAM A. SMITH, JR.
SIXTH DISTRICT-MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF MARCH, 2008.

_____
U.S. MAGISTRATE JUDGE