UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 08-215-M |
| | : | |
| LEIUTENANT QUARLES HARRIS, JR., | : | |
| also known as Lieutenant Quarles Harris, Jr. | : | |
| | : | |
| Defendant. | : | |

**SUGGESTION OF DEATH OF**
**DEFENDANT LEIUTENANT QUARLES HARRIS, JR.**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant Leiutenant Quarles Harris, Jr., also known as Lieutenant Quarles Harris, Jr. ("Mr. Harris"), died on April 17, 2008 in the District of Columbia.  On information and belief, an autopsy was performed on April 19, 2008 and the Medical Examiner concluded that the cause of death was multiple gunshot wounds.

Mr. Harris was most recently before the Court in this case for a status on April 14, 2008. He was next scheduled to appear on June 11, 2008.

In light of the foregoing, the government respectfully suggests that the pending prosecution of the case against the defendant Leiutenant Quarles Harris, Jr., also known as Lieutenant Quarles Harris, Jr., should be abated.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

    /s/

By:  _____
BRUCE R. HEGYI
Assistant United States Attorney
D.C. Bar No. 422741
555 Fourth Street, N.W. Room 4848
Washington, D.C.  20350
(202) 305-9637
www.bruce.hegyi@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,          :
                                   :
              v.                   :     Criminal No. 08-215-M
                                   :
LEIUTENANT QUARLES HARRIS, JR.,    :
 also known as Lieutenant Quarles Harris, Jr.:
                                   :
              Defendant.           :

## O R D E R

Upon consideration of the Suggestion of Death filed by the Government, and the lack of

opposition thereto, and the the papers on file herein, the Court is of the opinion and finds that the

Government's Suggestion is well taken and should be granted.  It is, therefore, this ___ day of

April, 2008,

ORDERED, that the prosecution of the case against defendant Leiutenant Quarles Harris,

Jr., also known as Lieutenant Quarles Harris, Jr., be, and hereby is, **ABATED.**

SO ORDERED.


_____
UNITED STATES MAGISTRATE JUDGE