UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :
                                    :
v.                                  :    Criminal No. 08-215-M
                                    :
LEIUTENANT QUARLES HARRIS, JR.,     :
also known as Lieutenant Quarles Harris, Jr.:
                                    :
                 Defendant.         :

**FILED**

APR 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Upon consideration of the Suggestion of Death filed by the Government, and the lack of opposition thereto, and the the papers on file herein, the Court is of the opinion and finds that the Government's Suggestion is well taken and should be granted. It is, therefore, this ___ day of April, 2008,

ORDERED, that the prosecution of the case against defendant Leiutenant Quarles Harris, Jr., also known as Lieutenant Quarles Harris, Jr., be, and hereby is, **ABATED.**

SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE